IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01616-RPM

LORINDA MERCADO,

        Plaintiff,

v.

EYE CARE CENTER OF NORTHERN COLORADO, P.C., a Colorado Professional Corporation, and
RESOURCE ONE, a Limited Liability Company, dba TERRA FIRMA, P.E.O.,

        Defendants.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING REQUEST
FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT
_____

After review of plaintiff's Response to Order to Show Cause, filed December 20, 2008 [3], it is

ORDERED that the December 4, 2008 Order to Show Cause is discharged. It is

FURTHER ORDERED that plaintiff is permitted an additional (20) days to and including January 12, 2009 to serve the Summons and Complaint.

DATED: December 22nd, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge