IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01616-RPM

LORINDA MERCADO,

       Plaintiff,

v.

RESOURCE ONE, a Limited Liability Company, dba TERRA FIRMA, P.E.O.,

       Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the Calendar Call today, it is

ORDERED that this matter is set for trial to jury on **February 16, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: October 2nd, 2009

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior Judge