IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01616-RPM

LORINDA MERCADO,

        Plaintiff,

v.

RESOURCE ONE, a Limited Liability Company, dba TERRA FIRMA, P.E.O.,

        Defendant.

_____

### ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [25], it is

ORDERED that this case is dismissed with prejudice, each party to bear their own costs and legal fees.

Dated: February 19th, 2010

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge